**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
JARROD BECK, et al.,              :
                                  :
        Plaintiffs,               :
                                  :
    v.                            :  Civil Action No. 04-1391 (JR)
                                  :
TEST MASTERS EDUCATIONAL          :
SERVICES, INC.,                   :
                                  :
        Defendant.                :
```

### ORDER

Plaintiffs' motion for remand [4] is **denied.** Defendant's motion for stay [12] is **denied as moot.** Defendant's motion to quash [11] is **granted.** The Clerk is directed to set an initial scheduling conference.  It is **SO ORDERED.**


                                    JAMES ROBERTSON
                              United States District Judge