# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-7010**                                  **September Term, 2013**

1:04-cv-01391-RCL

**Filed On:** May 9, 2014

Jarrod Beck, et al.,

    Appellees

v.

Test Masters Educational Services, Inc.,

    Appellant

------------------------------

Consolidated with 14-7013

**BEFORE:**   Griffith, Srinivasan, and Wilkins, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss and for sanctions, the response thereto, and the reply, and the motion to hold in abeyance, it is

**ORDERED** that the motion to dismiss be granted. The challenged order is not a final appealable order under 28 U.S.C. § 1291 because it does not dispose of all claims against all parties. See Fed. R. Civ. P. 54(b); Robinson-Reeder v. Am. Council on Educ., 571 F.3d 1333, 1336-37 (D.C. Cir. 2009). In addition, "a premature notice of appeal does not ripen [under Fed. R. App. P. 4(a)(2)] until judgment is entered," and no judgment has yet been entered. FirsTier Mortg. Co. v. Investors Mortg. Ins. Co., 498 U.S. 269, 275 (1991); see also Outlaw v. Airtech Air Conditioning & Heating, 412 F.3d 156, 161 (D.C. Cir. 2005) ("[E]ntering judgment alone would not have affected the aspect of the [challenged] order rendering it nonfinal and nonappealable."). It is

**FURTHER ORDERED** that the motion for sanctions be denied. It is

**FURTHER ORDERED** that the motion to hold in abeyance be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

A True copy:

**Per Curiam**

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/19/2014